1

2                                                               JS-6/Enter

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11 MITCHELL R. TRICHE, Sr.,      )   Case No. CV 07-4665 AN
                           )

12          Plaintiff,        )   JUDGMENT
                           )

13      v.                   )
                           )

14 MICHAEL  J.  ASTRUE,    )
COMMISSIONER OF THE SOCIAL  )

15 SECURITY ADMINISTRATION,   )
                           )

16         Defendant.      )

17 ─────────────────────────── )

18      For the reasons set forth in the accompanying Order, it is hereby ADJUDGED

19 AND DECREED THAT the Commissioner's final decision is reversed and remanded for

20 further proceedings consistent with the Order.

21

22 DATED:    June 26, 2008       / s /   ARTHUR NAKAZATO

23                                          ARTHUR NAKAZATO
                           UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28