Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
     11332 Mountain View Ave., Suite C
     Loma Linda, California 92354
     Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
     E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| MITCHELL R. TRICHE, | ) | No.  CV 07-4665 AN |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND DOLLARS and 00/cents ($2,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  August 06, 2008   /S/   ARTHUR NAKAZATO
                   HON. ARTHUR NAKAZATO
                UNITED STATES MAGISTRATE JUDGE